```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE UNITED STATES OF AMERICA, ex rel.     :
KENNETH COTE and JOHN FERGUSON,           :
                                          :
                        Plaintiffs,       :     1:16-cv-03121-GHW
                                          :
            -against-                     :     ORDER TO SHOW CAUSE
                                          :
CITIZENS BANK, N.A.,                      :
                                          :
                        Defendant.        :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On March 5, 2019, the Court entered an order unsealing the complaint filed in this case. Dkt. No. 5. It has come to the Court's attention that the unsealed complaint, Dkt. No. 6, contains redacted information. Plaintiff is therefore ORDERED to show cause no later than March 21, 2019 why the Court should not require it to file an unredacted version of its complaint on the docket, in light of the strong presumption of public access to judicial documents. *See United States v. Amodeo*, 44 F.3d 141, 145 (2d Cir. 1995).

SO ORDERED.

Dated: March 13, 2019
       New York, New York                      _____
                                                      GREGORY H. WOODS
                                                    United States District Judge